UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| JOHN W. GERMAINE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:18-cv-00031 |
| UNITED STATES OF AMERICA, et al., | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 50) recommending that Huber + Suhner, Inc. and Raymond James Financial, Inc.'s respective Motions to Dismiss (Doc. Nos. 24, 32) be granted and the parties be dismissed from the action. No objections have been filed to the Magistrate Judge's Report and Recommendation. Upon *de novo* review in accordance with Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition. (See Doc. No. 50 at 7-16.) Accordingly, the Magistrate Judge's Report and Recommendation is **APPROVED AND ADOPTED**, the parties' Motions to Dismiss (Doc. Nos. 24, 32) are **GRANTED**, and they are hereby **DISMISSED** from this action.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE